IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| TIMOTHY SPILLANE | : | VIOLATION:<br>18 U.S.C. § 1030(a)(2)(C) (unauthorized access to a computer to obtain information in furtherance of a crime and for purposes of commercial advantage and private financial gain – 1 count) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From on or about November 17, 2017 to on or about January 11, 2018, in the Eastern District of Pennsylvania and elsewhere, defendant

**TIMOTHY SPILLANE**

intentionally accessed protected computers, namely the private, internal networks of College A and College B, without authorization and thereby obtained information for his own private financial gain and in furtherance of a criminal act, to wit: identity theft in violation of Title 18, United States Code, Section 1028(a)(7); that is, defendant intentionally accessed without authorization numerous individuals' network accounts on computers maintained by Colleges A and B, and obtained personally identifiable information of the account holders and other

1

individuals for the purpose of creating and submitting fraudulent tax returns in their names, so as to garner fraudulent tax refunds for himself.

In violation of Title 18, United States Code, Section 1030(a)(2)(C), (c)(2)(B)(i) and (c)(2)(B)(ii).

*Jennifer Arbittier Williams*
**JENNIFER ARBITTIER WILLIAMS**
**United States Attorney**

*No.*\_ \_ \_ \_ \_ \_ \_ \_ \_ \_

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

TIMOTHY SPILLANE

INFORMATION

Counts
18 U.S.C. § 1030(a)(2)(C)

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Clerk

Bail, $_____