IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TIMOTHY SPILLANE | : | NO. 21-468-01 |

## WAIVER OF INDICTMENT

I, Timothy Spillane, the above-named defendant, who is accused of a federal crime and has been advised of the nature of the charge(s) and of his/her rights, hereby waives prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
AUSA

Date: 1/24/2022